IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATENT ARMORY INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:24-CV-00025-JRG |
| § | |
| DELI MANAGMENT, INC., § | |
| § | |
| *Defendant.* § | |

# ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff and Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 8.) In the Stipulation, Plaintiff and Defendant stipulate to dismiss all claims by Plaintiff against Defendant with prejudice and stipulate to dismiss all counterclaims by Defendant against Plaintiff without prejudice. (*Id.* at 1.) The Stipulation is jointly filed. (*See id.* at 1–2.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE** and that all counterclaims and causes of action by Defendant against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

## So Ordered this

**Feb 7, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE